# UNITED STATES DISTRICT COURT

## Eastern District of Missouri

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| v | (For a Petty Offense) |
| RYAN K. REEVES | CASE NUMBER: 4:11cr397 NAB |

USM No. None

THE DEFENDANT:

Murry Marks
Defendant's Attorney

☒ THE DEFENDANT pleaded guilty    to Count(s) One of the misdemeanor on November 21, 2011.

☐ THE DEFENDANT was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
| --- | --- | --- | --- |
| Title 36, Code of Federal regulations, Section 4.23(a)(1) | DUI | 3/13/11 | 1 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment.

☐ THE DEFENDANT was found not guilty on count(s) _____

☒ Count(s) #2 Refusal _____ is    dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
| --- | --- |
| Last Four Digits of Defendant's Soc.: 0396 | November 21, 2011 |
| Defendant's Year of Birth.: 1986 | Date of Imposition of Judgment |
| Defendant's USM No.: None | Signature of Judicial Officer |
| City and State of Defendant's residence: | |
| St. Charles, Missouri | Honorable Nannette A. Baker |

United States Magistrate Judge
Name and Title of Judicial Officer

November 21, 2011
Date

DEFENDANT: RYAN K. REEVES

CASE NUMBER: 4:11cr397 NAB

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | Assessment | Fine | Restitution (Complete Sheet 4) |
|---|---|---|---|
|  | $10.00 | $1,000.00 |  |
|  |  |  |  |
| Totals: | $10.00 | $1,000.00 |  |

☐ If applicable, restitution amount ordered pursuant to plea agreement .............. .. ...... _____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of _____

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived.

☐ The interest requirement is modified as follows:

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1 ) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A ☒ in full immediately; or

B ☐ _____ immediately, balance due (in accordance with C, D, or E); or

C ☐ not later than _____ , or

D ☐ in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E ☐ in _____ installments of _____
over a period of _____ to commence _____ after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States attorney